Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Eastern District of     Virginia

Civil     Division

FILED JUL - 9 2024 Mailroom CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

Case No.    1:24 cv 1192
*(to be filled in by the Clerk's Office)*

JOHN ANDREW DOBBINS

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

Mayor Muriel Bowser of the District of Columbia in Her Official Capacity, Metropolitan Police Department of the District of Columbia in Its Official Capacity, Detective Elisa Moore of the Metropolitan Police Department of the District of Columbia in Both Her Official and Individual Capacities, Officer Dorsey of the Metropolitan Police Department of the District of Columbia in His Official Capacity

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

1 Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non )Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | JOHN ANDREW DOBBINS |
   | Address | 241 MEDLOCK LANE |
   | | ALEXANDRIA, VA 22304 |
   | | *City   State   Zip Code* |
   | County | |
   | Telephone Number | 719-629-6729 |
   | E-Mail Address | JOHN@US-SOS.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   - Name: *Please See Attached*
   - Job or Title (if known):
   - Address:
     *City   State   Zip Code*
   - County:
   - Telephone Number:
   - E-Mail Address (if known):
   - ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2
   - Name: *Please See Attached*
   - Job or Title (if known):
   - Address:
     *City   State   Zip Code*
   - County:
   - Telephone Number:
   - E-Mail Address (if known):
   - ☐ Individual capacity   ☐ Official capacity

   Defendant No. 3
   - Name: *Please See Attached*

Page of 19

1 Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non)Prisoner)

| | |
|---|---|
| Job or Title *(if known)* | |
| Address | |
| | City / State / Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |
| | ☐ Individual capacity  ☐ Official capacity |

Defendant No. 4
Name: **Please See Attached**
Job or Title *(if known)*
Address

City / State / Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a Bivens claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This retaliatory act occurred in an effort to illegally silence me via cruel and unusual punishment, without due process of the law, while I was exercising my right to protected free speech under the Constitution of the United States of America verbally, nonverbally and electronically. Speaking truth to power is protected free speech under the First Amendment. Furthermore, the illegal search and seizure of my vehicle and other personal property for a period of 11 days (which yielded nothing chargable) violated my Fourth and Fifth Amendments. Taking cruel and unusual retaliatory action against me is illegal under the Eighth Amendment, and it was done without due process of the law, in violation of the Fourteenth Amendment.

1st Amendment, My truck was towed at the exact moment that I was exercising my Constitutional Right to verbal free speech at the White House, and concurrently my non-verbal free speech adjacent to the National Mall, and also my electronic free speech online via my YouTube Channel, which has received millions of views because I made true but hurtful statements about President Biden's historical false statements and some of his policy choices, which is protected by the First Amendment. The First Amendment was not written for complacent, supplicating discourse, and was rather written for difficult

conversations.

1st Amendment, My vehicle had written political messaging and political stickers on it, and it was literally surrounded by police, dragged off the street and hidden at an undisclosed location for a period of 11 days, suppressing that nonverbal free speech. Written messaging and stickers which are not vulgar or lies are protected free speech, and towing and hiding the vehicle suppressed my ability to display that speech where I had chosen to do so, in violation of my first amendment rights.

1st Amendment, My vehicle had flags of the United States of America and of the United States Marine Corps prominently displayed. When my truck was surrounded by police, dragged off the street and hidden at an undisclosed location for a period of 11 days, it also suppressed that nonverbal free speech and my ability to non-verbally support the United States of America and the United States Marine Corps. Flags are protected free speech, and when the non-vulgar flags were towed away and hidden, it prevented me from exercising my free speech at the location I had selected and paid the government of the District of Columbia to use, as a free citizen, in violation of my first amendment rights.

1st Amendment, Metropolitan Police Department of the District of Columbia employees took steps to disable and limit the reach and effectiveness of my YouTube channel, using a process known as Political Censorship, as discussed by Space X, Tesla and Twitter CEO Elon Musk in 'The Twitter Files' and by Federal Judge the Honorable Terry Doughty of the Federal Court in Louisiana in his injunction against the Biden Administration to stop the widespread behavior in America, dated July 4, 2023. The Biden Administration is based in Washington D.C., and an investigation will need to be conducted into the communications and actions of the defendants to determine who gave the orders to censor my YouTube channel and why. Depositions and review of internal documents, communications, body cameras and other surveillance video review will lead us to understand who caused me to lose the small business which I had created online, via electronic sabotage. Electronic, non-threatening, political discourse online is protected free speech, and limiting it violated my first amendment rights.

4th Amendment, Illegal Search and Seizure of my pickup truck for 11 days, which was legally registered and parked, with the meter paid, when it was towed in violation of my fourth amendment rights.

4th Amendment, Illegal Search and Seizure of my laptop, cell phone, external hard drives and all of the associated electronic data, which was in my truck when it was surrounded by police and towed to an undisclosed location, and then hidden for a period of 11 days in violation of my fourth amendment rights.

4th Amendment, Illegal Search and Seizure of my personal notebooks, papers and business documents, which were in my pickup truck when it was surrounded by police and towed to an undisclosed location and hidden for a period of 11 days in violation of my fourth amendment rights.

5th Amendment, Violating the 4th Amendment and illegally searching and seizing my laptop and cell phone, allowed government officials to then bypass my 5th Amendment Rights protecting against self-incrimination, because they have the tools to unlock and search these devices, and they use them. An investigation by means of digital video review, interrogatories and depositions will determine if the devices were unlocked in an effort to find something that I had said or done on my phone or computer which could incriminate my own self in violation of my fifth amendment rights against self-incrimination.

8th Amendment, Towing my truck and hiding it for 11 days to silence my political free speech was cruel and unusual punishment of a U.S. Government Contractor, and it exacerbated my post traumatic stress

disorder which was caused by a combat deployment to Iraq in 2005 while honorably serving America on the front lines of the war as a United States Marine Corps explosive breacher, machine gunner and team leader.

14th Amendment, My truck was towed moments after I began speaking at the White House, which means that the entire ramp-up process to scramble 30 police officers and at least 3 marked police vehicles, was rushed, emotional, and took less time and consideration than it should have, in violation of my right to due process as an American citizen. The act of towing my truck deprived me of liberty and property without due process of the law, in direct violation of the 14th amendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officer Dorsey allowed my vehicle to be plundered and destroyed while he was being paid to secure it by the Metropolitan Police Department of the District of Columbia, in his official capacity under the color of the law. When he called me, he established his official capacity under the color of the law by stating his name as "Officer" Dorsey and stating that he was the Metropolitan Police Department of the District of Columbia Officer in charge of returning my vehicle. His gross negligence, in his official capacity, while wearing a badge, led to the theft of my stereo amplifier while it was in his possession, which left live and hot electricity wires exposed, under the passenger seat of my vehicle, where small amounts of dry leaves, duff, lint, dried grass and other flammable material had accumulated over time. This could have caused fire, component failure, catastrophic vehicle wreck, high speed collision and the deaths of not just the occupants in my vehicle, but also another vehicle which I might have crashed into if the truck had caught fire at high speed on a freeway. My vehicle was also thoroughly ransacked and damaged, inside and outside, including coming to possess the strong smell of urine inside, and nothing illegal or chargeable was found at all during 11 days of political retribution. Officer Dorsey identified himself as Officer and not Mister, and he was the human being who was literally driving my pickup truck when it was returned. His statements and self-identification, along with his physical possession of my vehicle after the police were observed taking it, established his official capacity under the color of the law.

Detective Moore stated that she was a Metropolitan Police Department of the District of Columbia Detective focusing on Homeland Security, and that she was my point of contact at Metropolitan Police Department of the District of Columbia, thereby formally establishing her official capacity under the color of the law. She also stated that an arrest warrant existed for me when it did not, and gave me orders, in her official capacity under the color of the law, as someone who identified herself to me as a Police Detective, to surrender myself at 3:00 AM to a Washington D.C. jailhouse, however, those orders were not legally supported according to court records and a statement from the Federal Bureau of Investigation. Detective Moore attempted to cage me on the orders of a warrant which did not exist,

despite her saying it did exist, in her official capacity, under the color of an official warrant which was entirely made up, to silence my political free speech and revoke my personal liberty. This order, and attempt to violate my Fourth Amendment protection against the illegal seizure of my body, which would have been kidnapping, was given under the color of the law, in Detective Moore's official capacity. Detective Moore further established her official capacity under the color of the law by partially completing an official search warrant document and signing her name on it (a copy is available). Detective Moore self-identified as the police detective who was my point of contact at the Metropolitan Police Department of the District of Columbia, which led me to believe that she was acting under the color of the law in her official capacity. I stopped believing that she was acting under the color of the law in an official capacity when statements from the Federal Bureau of Investigation and the Court Records did not match what she was telling me. If we discover, or if the court rules, that Detective Moore acted outside of her official capacity at any time, then that means that she was, at those specific times, acting in a personal capacity. This lawsuit is therefore being brought against Elisa Moore the Detective and Elisa Moore the citizen, in her official and individual capacities.

The Metropolitan Police Department of the District of Columbia caused a K-9 to give a false positive signal under the auspices of an honorable and legal law enforcement search by fielding a defective K-9, and/or by instructing the dog to indicate falsely on command, and/or by planting a substance immediately before the dog arrived in an effort to induce a positive indication from a police animal working in good faith (a witness, and his video, will show that this may certainly have occurred), because nothing which could have caused that dog to legitimately indicate was ever found in the truck at all during the 11 day search which completely destroyed the vehicle in the process. Police officers arrived in uniform, with badges, guns, handcuffs, radios, white and blue uniform shirts, uniform hats, and marked police vehicles with lights on the top. My vehicle was then illegally seized for 11 days by a Police Tow Truck by being towed backwards, the wrong way along a one-way street, without consideration for my Constitutional Rights. These uniformed officers, all of whose internal communications and body cameras we will request to review, and all of whom we will depose about not just the event but also their orders and the timeline of events, established their official capacity under the color of the law by arriving in marked police vehicles and by being present in police uniforms and by displaying badges and guns while giving orders to the public (e.g. you cannot drive on this public road, clear this public area). These official uniformed officers used official marked police vehicles to illegally seize my truck, and then they illegally searched it it for 11 days under the color of the law. The investigation yielded nothing illegal or chargeable and the vehicle was destroyed in the process. These actions were taken against me to retaliate for filming and sharing videos of Metropolitan Police Department of the District of Columbia Officers Sleeping on duty, and for speaking directly to the President of the United States with true but hurtful words, which should be protected free speech under the First Amendment to the Constitution of the United States of America. The Metropolitan Police Department of the District of Columbia was also the agency which employed Detective Moore and Officer Dorsey in its official capacity under the color of the law, and those two employees are co-defendants.

Mayor Bowser was elected Mayor by the people, and she assumed her official role and office well before the date in question and held it for long after, thereby establishing her official capacity under the color of the law. In her official capacity, she is the chief executive and the ultimate person of responsible charge for everything that the government of the District of Columbia does. She is responsible for the agencies and entities of the local government of the District of Columbia in her official capacity, she personally appointed the Chief of the Metropolitan Police Department of the District of Columbia (i.e. a co-defendant and the employer of the other co-defendants), further establishing her official capacity under the color of the law, and she was and is responsible for all of their activities. She failed to ensure that the government employees of the Metropolitan Police Department of the District of Columbia were appropriately trained on the constitutional rights of American citizens, and that is the root cause of why my rights were violated. She also failed to ensure

appropriate levels of training and proficiency for best practices related to appropriately storing and safeguarding seized vehicles, appropriately searching seized vehicles, legal Police K-9 operations, appropriately documenting searches and seizures, and the criticality of the application of the law and ethics in governance.  A detailed investigation of Mayor Bowser's communications, and a thorough deposition, will help us determine if she gave the order to violate my constitutional rights, or if she was given the order from another, or if she was utterly unaware of the series of events. Perhaps she was very aware, and regardless, she is very responsible.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Washington D.C., specifically, the National Mall and the White House.  When the vehicle was towed, it was legally parked on Madison Drive NW, between 4th Street NW and 7th Street NW, adjacent to the National Mall, in a legal parking space, with the parking meter paid, displaying a registered and valid license plate.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The incident occurred continuously, from the afternoon of July 11, 2022 into the afternoon of July 22, 2022.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In the days leading up to this event I live-streamed videos to YouTube depicting Metropolitan Police Department of the District of Columbia Officers sleeping in their vehicles while on duty, which tens of thousands of people observed.  The blue shirt wearing police officers were using opaque jackets and translucent vests, which had been rolled up in the windows, to block people from seeing them sleeping while on duty (and therefore to block them from seeing out and keeping American citizens safe while on duty).  I also live-streamed videos of Metropolitan Police of the District of Columbia Officers blocking fire hydrants and crosswalks with their vehicles, while they were being paid to sleep on duty, which I thought was unacceptable and unsafe.  I instructed some of these officers to wake up and move their vehicles for several minutes, until they reluctantly did so, and I documented their vehicle identification numbers and the date and time of the event for easy officer identification, because they refused to identify themselves despite multiple requests, in violation of the law (video available). Interrogatories will determine their names.

Then, on July 11, 2023, I parked my registered pickup truck legally, paid the parking meter, and walked to the White House with a group of senior citizens, veterans and other Americans, carrying Flags of the United States of America and pocket U.S. Constitution documents, which we handed to citizens and visitors as we walked.  I was live-streaming the event on YouTube, and at least many hundreds of thousands of people have witnessed the videos of these aggregated incidents. We were physically and

electronically observed by Metropolitan Police Department of the District of Columbia officers at all times, and none of them ever informed me that they would like to search my vehicle, which I would have allowed, because I had nothing to hide.

A reception was being hosted at the White House during this time on July 11, 2022, and people were lined up to clear security and enter. Some of the people in my group then used a megaphone to peacefully voice frustrations, in accordance with their first amendment right to free speech, and to redress grievances, as legally authorized by the Constitution of the United States of America. The megaphone use was not in anyone's faces, but was projected across an open plaza towards the White House, and it was clearly audible in the immediate area, with sound waves echoing off of the White House.

I used the megaphone to tell the President that he stole valor by lying to the American public when he stated on multiple occasions that his son died in Iraq, because his son died in America of cancer, and many of my friends died violently for us in Iraq, where I also served as a United States Marine on the front lines. I perceived the gentleman to be stealing the valor of Gold Star Families and it was unacceptable to many citizens, including myself. I also told the President that the state of veteran healthcare in the United States is awful, as indicated by the high veteran suicide rate of more than 22 American Veterans per day. I said that he and his staff were patting each other on the back while we literally kill ourselves as a veteran community, to escape his failures, and I encouraged him to take supportive action with domestic policy alternatives.

I also stated that there needed to be an investigation into the millions of dollars that his son has received from America's most threatening nation state competitors, and that Hunter Biden's laptop was a real problem for the United States. Other true statements were also made.

My YouTube channel then began to experience immediate and unrelenting electronic errors, disabling my profitability, and my speech was suppressed. According to Federal Judge the Honorable Terry Doughty's July 4, 2023 injunction, political censorship has been used regularly, as a matter of policy, in the United States, illegally, during this time period, in direct violation of tht First Amendment Rights of all Americans, and especially against certain politically active people who match my demographics and other identifying characteristics (e.g. conservative political content producer on YouTube with millions of total views, openly critical of many of the Biden Administration, who has also successfully advised 4 Ivy League Institutions, Fortune 500 Executive, United States Government Executive Agencies, the National Security Council and the President of the United States).

Shortly thereafter, a motorcade departed the White House. A few minutes later, a member of the group which I came with informed me that approximately 30 police officers were surrounding and looking inside of my vehicle, so I began to move in that direction.

A Law Enforcement K-9 Instructor, and retired employee of the State of West Virginia, stated that he observed a police officer wearing a white short-sleeved button down shirt walk up to my truck and crouch down. He stood up and left, and then a multitude of officers immediately approached, blocking the street and cordoning off the area. The witness was sitting behind fully tinted glass, inside his own truck, which was parked across the one-lane road from my truck, with an unobstructed view (witness and video available).

At this time the police may have thought that their efforts to clear the area of witnesses had been successful, but they did not ever see this witness because he was hidden behind tinted glass. The witness also stated that approximately 30 officers were on site wearing blue shirts, white shirts and pistols, and that one officer was commanding a law enforcement K-9.

According to video, and witness statements, the street was blocked off by marked police vehicles including a tow truck (before the search, the tow truck was already staged and waiting, showing premeditation) and my vehicle was then physically surrounded. Next, a police officer with a law enforcement K-9 approached the vehicle, and the dog indicated near the same location where the officer in the white shirt had crouched down moments earlier. At that time, a previously staged tow truck drove the wrong way up the already blocked off, one way street. Marked police cars with emergency lights on top were blocking the street and the officers were wearing police uniforms, establishing the official capacity of the Metropolitan Police Department of the District of Columbia under the color of the law.

The tow truck hooked into my vehicle from the back, and dragged it to an undisclosed location, and tremendous damages were caused while the vehicle was in the possession of the Metropolitan Police Department of the District of Columbia, illegally, for the next 11 days. I arrived on site and spoke with two uniformed police officers, in their official capacity under the color of the law, as they were uniformed and standing on the street - on duty - but neither could, or would, give me information about who to contact, or how to get my vehicle back, or where it was being taken, or why it was taken. At the time, that police officer did not know why the vehicle was taken, and that is important to note because it shows that there was not enough internal communication or due process, in violation of my 14th Amendment rights, before the decision to tow and search was given.

I have separate witnesses for the conversations with the Metropolitan Police Department of the District of Columbia and the towing incident, and there is a video of the towing incident. Video from the National Gallery of Art cameras facing south may have an excellent view of these events and we will request to review that digital video as well. The United States Parks Service may also have video from two pan/tilt/zoom surveillance cameras which are in the immediate vicinity, on the national mall, and we will also request to review that digital video evidence.

I was 1,700 miles from my home in Colorado when this occurred, and I was left without anything except for what was in my pockets for a period of 11 days. That was challenging and frustrating. It took 30 police officers 11 days to find 0 chargeable items in 1 pickup truck, which is at least a gross waste of taxpayer dollars and resources, and tremendously impactful to the citizen. During that time period of 11 days of searching one pickup truck, without legal cause or authority, and in direct violation of my constitutional rights, nothing illegal was found at all. Despite multiple verbal and written inquiries, no information was given to me about where the vehicle was, or how or when I could retrieve it, or when I could reasonably expect to get it back, or why it was even taken in the first place. I communicated with Detective Moore after she reached out to me and identified herself as my point of contact at the Metropolitan Police Department of the District of Columbia, which initially established her official capacity under the color of the law, and she behaved in a reprehensible manner.

During the time that the Metropolitan Police Department of the District of Columbia was in possession of my vehicle, in their official capacity, after towing it under the color of the law, I was inappropriately and illegally left without access to bedding (built on a platform in the back of my capped, 8 foot, pickup truck bed), medicine, pre-purchased food and water, shelter, my computer and cellular phone, my external hard drives containing personal data, my guitar which helps treat post traumatic stress disorder, personal and business notes, my books, the coffin flag of a deceased American warrior, my hygiene bag, clean clothing, various personal items, and access to personal transportation and the liberty to pursue happiness in other locations with my own property (videos are available from the time showing the physical damage and psychological impact).

Despite having the vehicle for 11 days, and destroying it in the process of thoroughly searching it, nothing was found that could have led the law enforcement K-9 to positively indicate. It is therefore completely impossible that the K-9 gave correct information. There was, therefore, a false positive

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non)Prisoner)

indication by the animal, somehow. Therefore, a human induced the false positive with a command or bait, or the dog is defective and made an error, because nothing was found in the truck that could have induced a true positive indication from the dog, or I would have been charged with a misdemeanor or felony crime for whatever the dog found, or the police would have discussed what the dog found with me to get my statement about potentially incriminating evidence in accordance with their polices and investigatory best practices.

Dogs can be trained to sit or bark on verbal and nonverbal commands, and the police have access to the types of substances for which police dogs are trained to search. The law enforcement K-9 indicated, but the humans found nothing to cause that indication. Therefore the search was illegal and all subsequent actions, including towing and destroying my pickup truck, were taken on the assumption that the specific K-9 team in question gave true information, in good faith, and it did not. We now know with 100% certainty that the indication of the K-9 team was a false indication, however, we do not know if it was given falsely in good faith, or in bad faith to establish the pretense for political retribution. Our investigation will certainly produce the truth through interrogatories, body camera review, surveillance camera review, internal communication review, deposition of all involved parties, their commanders, and the unknown parties who we come to be aware of during depositions.

The legality of the investigation was therefore based on a rushed and botched investigation and that K-9 team's false indication, which deprived me of my property without due process. An additional data point from the ontology supporting this statement is that the tow truck and police officers were already blocking off the street before the K-9 approached my vehicle, and all were ready to go, long before the white shirt police officer, and later the K-9 detail, walked over to the exact same location of my truck. This leads one to believe that it was a staged act of political oppression.

Regardless, it could certainly be worth investigating who the officer in the white shirt was, the validity and impact of that specific handler and dog's other positive indications, if the handler and dog were appropriately licensed and trained, the condition and experience of the animal, and other contributing factors including personal and official communications of the officers involved, their body camera videos, and other data which may have been exchanged in a deliberate and illegal effort to conspire, orchestrate and coordinate this immoral and illegal political oppression of Constitutionally ensured freedoms on their cell phone applications, including Signal, WhatsApp, Facebook, Twitter, SnapChat and any other messaging applications that a search of each of their electronic devices produces, which will support detailed depositions.

While in possession of my vehicle for 11 days, Metropolitan Police Department of the District of Columbia Detective Elisa Moore stated that there was a warrant for my arrest, and that I should turn myself in to the Metropolitan Police Department of the District of Columbia Jail at 3:00 AM. There should be a recording of the telephone calls, if police telephone calls are recorded and retained, and listening to all of our calls and reading all of our text message exchanges, which will be submitted as evidence, will make this clear. Detective Moore also told me that she found a "High capacity magazine in my truck," and I immediately told her that, "I have never owned a high capacity magazine in my life." I also stated that it was illegal where I lived in Colorado, where I am a law enforcement instructor, and that I owned legal magazines only, holding fifteen rounds or less, and she immediately stated, "This would have held a lot more than that."

I had never owned a magazine possessing a capacity of more than fifteen rounds as a civilian, at that time, so it is literally impossible that she could have found such an item in my vehicle, unless she or one of her colleagues put it there themselves. I do legally own 2 pistols, and I have pistol magazines in order to operate those pistols legally and effectively, however, I locked my all of my pistols, all of my magazines, and all of my ammunition in a storage unit in West Virginia before entering the District of Columbia.

I have two separate witnesses for this action, and many other witnesses who will relay that they had observed my strict adherence to the principals of peaceful, non-violent political action, and my concurrent demand for others to also adhere to continuously peaceful and non-violent intent and actions, related to discussing and inducing domestic policy change. There are also many videos which I posted to YouTube, which were and are available, depicting me speaking to my viewers and encouraging them to always be peaceful and non-violent, while concurrently announcing my support for that effective methodology. For example, I told them that Jesus Christ and Martin Luther King Jr. were tremendously effective without using violence, and that we should follow their example.

No evidence existed at the time to suggest that I had violent intent, almost all of my day was live-streamed to the internet, and at least the Metropolitan Police Department of the District of Columbia, U.S. Parks Police, the United States Army National Guard, and probably many more agencies, had been monitoring me physically and electronically for at least a number of days prior to the incident, (as depositions and interrogatories will clearly show). They knew that I was peaceful and non-violent, and that I did not bring weapons. They knew this because the data was online and available for them to review as part of a considerate investigation at the time, and because the United States of America has electronic investigatory tools which are used to determine if a person is committing crimes, meeting with our nation's enemies, etc. and I was not. No evidence supports the claim that I had violent intent, and I am on video personally de-escalating a tense situation where a group of citizens were confronted by a group of police – 50 to 100 people were assembled, many with weapons, and I was the one in the middle with my arms straight out to both sides displaying flat, vertical hands and shouting "Stop! Everybody chill out!" No one was injured and both parties departed without conflict (video available).

I had also been in regular contact with the United States Army Special Operations Forces Major in command of the National Guard in the District of Columbia, via direct back-channel communications on our cellular telephones. This very honorable gentleman and servant of the United States of America, was my "little brother" in the Sigma Chi Fraternity at Virginia Tech twenty years ago. We had been regularly communicating to ensure that the United States knew that I was non-violent and peaceful, and we agreed to share information to help prevent an avoidable catastrophe. That Major is now a Congressional Candidate in Virginia who has won his primary election, and we can call him as a witness if the defendants attempt to float a nonsense claim of the potential that I was legitimately considered to be a "bad guy."

I had also written domestic, foreign and defense policy for the United States at this time, and I had helped to create at least one new United States Government Agency which now employs more than three thousand Americans in the defense of our nation (the work of these three thousand was not being done prior to my recommendations to an Intelligence Community Panel). I had also been invited to, and had completed, Survival Evasion Resistance and Escape (i.e. SERE) Training as a civilian instructor with the United States Department of Defense. Furthermore, I was conducting research for the MacArthur Foundation, the National Science Foundation and teaching at Arizona State University, as the Dean's Research Scholar, focusing on Policy Writing and Homeland Security. It is therefore impossible that the United States could have considered me to be a domestic terrorist, because no supporting evidence existed to support that claim at all, and my written words, spoken words and actions were in support of the country.

The request to turn myself in at 3:00 AM to a District of Columbia Jail, without any paperwork to support that request from a police detective, was terrifying and absurd. I contacted a prominent D.C. attorney, the Managing Partner of a prominent firm, who immediately took my case pro bono after learning about my service and situation. He searched the court records, spoke with contacts, and told me there was not a warrant for me at all. This means Detective Moore lied to me, and tried to capture me without any legal paperwork, in violation of my constitutional right to due process, while telling me

that it was the legal and appropriate thing to do, in her official capacity under the color of the law, or she lied to a judge to get a warrant which no one has ever seen or filed. I might still be jailed somewhere, without access to an attorney, communications or this legal process, if I had trusted her. Perhaps there are many others who are currently in such a position, and it should be investigated.

When Detective Moore lied and said that I was being hunted by powerful people with weapons, money and technology (i.e. there is a court ordered warrant out for my arrest, which must have been based on fabricated information, because no true information which could have caused it existed) I became afraid for my life. I had done nothing illegal, physically threatening, immoral or wrong, and people who I thought I could trust were flagrantly violating the law to politically attack and silence me in violation of the rights that my friends, in the most horrible ways, to protect. For this reason I engaged with a contractor to ensure my physical security, at the advice of an attorney. I also engaged with a contractor, at the advice of an attorney, to hide me from this unjustified and illegal threat.

The video that I posted initially letting people know that I was alive after escaping from the illegal and immoral trap in Washington D.C. received 10,000 views on YouTube. The next video updating the citizens on the status of my truck received 11,000 views on YouTube. Also, the following video discussing my safety situation and how the citizens had operated an underground railroad of safety for me, effectively moving me thousands of miles by hiding me on their farms, in their churches, and in their businesses and homes, received 13,000 views on YouTube. Other videos, posted prior to the censorship of my channel, received 25,000-31,000 views each.

Many people agreed that I was in danger, and I could very well still be in danger for filing this document which exposes tremendous corruption and abuse of power, in violation of the constitutional rights of the citizens, by their own trusted government. We will therefore see and show what kind of people these are, at whatever cost to my own safety, via the civil legal process. These events have certainly exacerbated my post traumatic stress disorder, which I was beating back into a corner before these events occurred to me, in violation of my constitutional rights, and I sought counseling and eventually developed calming insight through meditation, analysis and prayer. I learned that this legal action is my only effective opportunity for protection, relief and recourse, and I still trust and believe in our Judicial Branch of the American Federal Government.

Detective Moore lied about the warrant and tried to cage me without due process or legal cause, in an effort to block my access to Constitutional guarantees and safeguards, and to silence my Constitutionally-protected, political free speech, without due process of the law, while punishing me in a cruel and unusual way which deprived me of my property, for speaking freely. This is a tremendously serious situation, and I respectfully request that a separate investigation is launched into Detective Moore, and if this could have happened to others in the past. Perhaps there are jail cells full of people who were in similar situations, for whom there is no paperwork or legal next step, about whom the Judges are not even aware. It utterly shocks the conscious to consider what else Detective Elisa Moore has gotten away with - until now.

Eleven (11) days later, the vehicle was returned in a parking lot outside of the District of Columbia, in a wooded area of Maryland, which completely lacked tow yard infrastructure including fences, employee shelter, security cameras, access control gates, signage, visible security officers, file cabinets and restrooms. When a man named Officer Dorsey called me to let me know I could pick up the vehicle, he repeatedly stated, "This is not a trap." I had never asked him if it was a trap, and he said that phrase so many times during the call that I began to think that it certainly was a trap, so I obtained a power of attorney and sent respected individuals, who are known to the government, in my stead.

Officer Dorsey also refused to give me the address of the pickup location, in his official capacity under the law, "Until I was about a half hour away." A review of the security camera footage from the tow

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non)Prisoner)

yard will either show the vehicle being robbed and destroyed by the Metropolitan Police Department of the District of Columbia, or it will show my vehicle being robbed and destroyed by local vandals who the Metropolitan Police Department of the District of Columbia allowed to access my vehicle through their own gross negligence, while it was in their possession, in their official capacity, under the color of a legal search and seizure, which it was certainly not.

That is, they either destroyed the vehicle themselves, or they let someone else destroy it while it was in their possession, illegally, under the color of a legal investigation. Even if the search is determined to have been legal for some unknown reason which becomes available to us in the future, the defendants are at least liable for the damage and theft which occurred within the vehicle and damage to the exterior of the vehicle, while the vehicle was in their possession, and also for the risk to my life which they caused related to the exposed wires, and also for all of the associated financial impacts and and the exacerbation of preexisting health conditions including post traumatic stress disorder.

Officer Dorsey also asked if I was, "Coming from the north, or the south, or the east or the west." This was an unusual and leading way to ask that question, and it was an unusual question to ask someone who needed to pick up their previously towed vehicle from the government. It made me feel fearful, and caused me to think that the police were going to set an ambush for me on the road, in an effort to injure, capture or otherwise silence me physically because I had outmaneuvered their other illegal and pedantic traps.

Officer Dorsey instructed me to call him when I was close, so he could give me a pick up location, "For security purposes," at the last minute. The address that he eventually gave me was not an established government, or tow yard, facility of any kind, and was instead a public parking lot in another jurisdiction full of random citizens and vehicles, to which those citizens had free and open access. This was discomforting, confusing and unnecessary. It did not appear to be a legal government facility because there was no signage, there were no gates or fences, the police were not controlling access, and no security cameras or security devices of any kind were in view on the video of the event, and according to multiple witness statements.

A United States Marine Corps Veteran, who is now a business executive, and also another gentleman who is a Master Firefighter Instructor in Fairfax County and an employee at Fort Belvoir, who are also witnesses, along with a woman who was a YouTube live-streamer, retrieved my vehicle with a power of attorney on live, streaming video for their own protection (video is available). Thousands of people commented that they thought the situation was a violation of freedom in an effort to suppress my free speech, and an intentional attempt to cage me without going through the legal process.

The public was shocked, and communicated their outrage by writing thousands of posts online, and by physically telephoning the Metropolitan Police Department of the District of Columbia to complain about the situation which they were watching live on their televisions across the country. The citizens were so impacted by the disgraceful behavior of the police that they literally picked up their telephones and called them to admonish their behavior and to demand better (witness statements available along with police call report data, which we will request to review).

American grandmothers and other viewers of my YouTube channel also called the Metropolitan Police Department of the District of Columbia in the days leading to the release of the vehicle, to demand that they act in a more honorable and legal manner, and that they immediately release my truck, which they then did at the request of the honorable and brave citizens who came to my aid. The primary demographic of the people who supported me with these phone calls according to my YouTube data is American females over sixty years of age – American Matriarchs.

There was a high level of viewer outrage with the behavior of Detective Moore and Officer Dorsey,

which the people saw live, for themselves, on multiple YouTube channels. Many people had viewed my channel every day for months, sometimes more than 25,000 people would view a single video leading up to this event, and they had observed me for hundreds of hours live and millions of times according to YouTube total view data. They knew me, and that I am a good person, because they saw me go out and come in frequently, and they had observed my thinking, speech and behavior, and they had commented on my actions to each other millions of times. That is why they rushed to defend me when they saw what the reality looked like in Washington D.C., specifically related to the corruption of the Metropolitan Police Department of the District of Columbia.

Many of the citizens who witnessed this incident also called Officer Dorsey at work to express their outrage, and his Supervisor later called me to apologize for what happened to my vehicle, and to request that I ask the citizens to stop because of how impactful those phone calls were to his staff. He also stated that the security cameras were down during the time when my vehicle was in his possession, while he was responsible for safeguarding it, under the color of the law and in his official capacity, and when we depose Officer Dorsey, we will learn that gentleman's name, and we will depose him as well.

When my vehicle was finally retrieved on live, streaming video, Officer Dorsey refused to identify himself multiple times, in violation of the law, before eventually stating his name as Officer Dorsey (this video is available as evidence). Officer Dorsey refused to give any paperwork to my friends with the power of attorney, despite multiple requests. I would like to know why the vehicle was towed, kept for 11 days, then returned in another municipality, but there is no completed paperwork or financial charge at all associated with it. If this was not on video, few would believe it occurred.

There was not even an office for Officer Dorsey and his employees to use to get out of the elements at this location, or a desk for their impounded vehicle paperwork, security camera monitors and coffee cups. Not even a bathroom was present for their physiological needs, or a sign to announce their official presence in their official capacity under the color of the law. There were no gates or uniformed security personnel to protect the seized vehicles.

The Metropolitan Police Department of the District of Columbia required that we meet them in a random, out of jurisdiction parking lot, refused to give a receipt or vehicle impound paperwork, and did not charge any fees for keeping the vehicle for 11 days, which is atypical. They also completely destroyed and urinated in the vehicle, or allowed someone else to do that. The only piece of paperwork which I received was a partially completed warrant with multiple pieces of information missing, signed by Detective Moore in her official capacity under the color of the law.

If she was the person who signed the paperwork, and if Officer Dorsey was the person who was actually driving, and in possession of, my vehicle when my friends retrieved it, then they are the parties directly responsible for the damage. As employees of the Metropolitan Police Department of the District of Columbia, the department is liable for their behavior, and Mayor Bowser is, in turn, responsible for the behavior of the Metropolitan Police Department of the District of Columbia, and therefore, all requests for qualified immunity should be immediately rejected as each defendant clearly established their official capacity under the color of the law in multiple ways, as discussed above and in a preceding section of this form. They intentionally committed illegal and unethical acts under the color of the law, in their official capacities, and must be held to account to protect the public.

The vehicle was physically damaged, inside and outside, in multiple ways, when it was finally returned. Again, nothing illegal was found in the vehicle during the 11 day, illegal search and seizure which occurred without allowing me to access due process of the law, and it caused me tremendous financial loss, in direct violation of my constitutionally protected freedoms, as outlined in detail in a previous section of this form. Charges were not filed against me because I was not doing anything illegal, yet I was unduly treated like the worst of criminals, instead of as a top-tier servant of America, as I

demonstrably have been, and endeavor to always be.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Psychological Injuries:
Disabled and Honorably Discharged United States Marine Corps Veteran who has documented post traumatic stress disorder from a combat deployment to Iraq in 2005 as an explosive breacher, machine gunner and team leader (i.e. combat engineer attached to an infantry squad). This event exacerbated the illness, causing tremendous personal, mental and emotional impact. I sought and received counseling services, physical protection services, and I physically relocated my home after all of my belongings were stolen and my property was ransacked in the manner of the truck, immediately before I returned from Washington D.C., potentially as a result of this incident and potentially unrelated.

All of this still impacts me psychologically today because I do not want to believe that my friends died for nothing in war if I cannot access my basic freedoms which are supposed to be protected by the Constitution of the United States of America, and that we are indeed no different than Russia, China and Iran if we do not have access to the rights enshrined by the Constitution of the United States of America and its Amendments. I also trusted and tremendously enjoyed the opportunity to work with the State Police Officers at Colorado Parks and Wildlife as the Wilderness Emergency Medicine Instructor at the Law Enforcement Training Center in Colorado for the last 6 years, and this event has shattered my trust in law enforcement.

Social Injuries:
These events damaged relationships with close friends, family members, colleagues and clients as this was all made very public by a number of individuals and organizations on the internet.

Professional Injuries:
I have made a living as an Ivy League University, State Law Enforcement and US Government Agency Instructor and Advisor, and this event caused me to not be able to secure work for an extended period of time.

Financial Injuries:
U.S. Government Per Diem: Lodging plus Meals & Incidentals, for 11 Days at D.C. rates: $2,761

Stolen / Missing Item: Aftermarket Stereo Amplifier ($140)

Stolen / Missing Item: Unused, Custom Designed YouTube Channel Name Vehicle Decals ($250)

Vehicle Damage: Center Cup Holder (cannot be replaced because the anchor point was broken off) ($95)

Vehicle Damage: Holes punched in metal of door frame and covered with black tape ($550)

Vehicle Damage: Multiple linear dents to driver's side of vehicle where it slammed against something hard (cannot fix some damage) ($3,500 to pull some of the dents)

Vehicle Damage: Shattered driver's side aftermarket mirror, sold in pairs ($260)

Vehicle Damage: Linear scrape marks on undercarriage (mechanic stated caused by fork lift or tow motor) (cannot fix damage without replacing all components)

Vehicle Damage: Damage to replaceable undercarriage steering components from tow motor or forklift blades ($4,300)

Vehicle Damage: Cracked Radio ($175)

Vehicle Damage: Bent metal running boards ($450)

Vehicle Damage: Bent metal mudflap behind driver's side tire, sold in pairs ($225)

Vehicle Damage: The aftermarket stereo amplifier was removed and live electrical wires were left uncovered under the passenger seat, which could have resulted in vehicle fire and death according to the mechanic ($195 plus the cost of my life and impact which could have been lost through gross negligence)

Vehicle Damage: The vehicle had been ransacked and food packages were opened and dumped out inside the vehicle, as were all bags containing clothing, paperwork and books. Every container was emptied by recklessly dumping it wherever seemed convenient and then leaving it there. It took 6 hours to clean and organize the vehicle, and to get the smell of urine out. ($1200)

Vehicle Damage: Multiple Steering Components (e.g. sway bar, track bar) ($2,400)

Vehicle Damage: Chipped Paint from evidence tape and forklift/tow motor lift dents ($800)

Physical Safety and Transportation Costs: ($4,950)

Mechanic Shop Costs for labor: $ 1,850

Political Censorship of YouTube Channel Causing Lost Wages from YouTube Advertising Sales: (July Earnings times 12 months of lost advertising revenue $57,515.24

Lost Teaching Wages (one lost client of four years): $14,500

Lost Reputation, Business, Access and Credibility: VALUE UNKNOWN

Large Punitive Damages to prevent copycat occurrences: MANY MILLIONS OF DOLLARS

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

INJUNCTIONS

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non)Prisoner)

Prior to the Trial and as soon as possible:
On the day this document is filed with the court, please take immediate action to prevent Detective Moore from performing additional acts of attempted kidnapping, ransacking and looting, and to prevent her from inflicting severe and intentional psychological harm on American Citizens (who serve the government), by placing a hold on her ability to perform the actions of a commissioned law enforcement officer, and place her on a period of administrative leave without pay, pending the results of an internal investigation, and external investigation, and the rulings of this court which may stem from this legal action.

Upon Completion of the Trial:
I respectfully request that investigations be launched into the width and depth of corruption at the Metropolitan Police Department of the District of Columbia by a credible, third party entity, which is based far outside of Washington D.C., with enforcement powers, to protect the citizens of the United States of America and our national reputation and international positioning.

I also respectfully request that every officer, member, paid associate and volunteer of the Metropolitan Police Department of the District of Columbia be required to receive supplemental training, prior to their first or next performance review, related to each of the Constitutional rights of American citizens, the impact of their importance and protection, how they are most commonly violated by police accidentally or intentionally and how to avoid those situations, the cost of their violation by persons in a position of responsible charge, and other associated data.  If performance reviews are not part of current policy I ask that they now be required semi-annually.

Also, I respectfully request that the Metropolitan Police Department of the District of Columbia be required to receive sticky and effective training on American Values and Ethics, and the essentiality of the application of ethics while acting in a position of responsible charge (and at all times in one's life) and why it is so important (e.g. this is exactly what separates us from our most threatening nation state competitors, as an exemplary Constitutional Republic and lighthouse of freedom and capability to the world, standing atop a powerfully ethical base of justice and conscientious capitalism, supported by democratic principals).

I also respectfully request that the court require the Metropolitan Police Department of the District of Columbia to release the names and all other information related to the people who falsely accused me so I may also sue them, because their illegal action led to 30 police officers and multiple police vehicles leaving their legitimate work elsewhere to swarm and tow my truck, in violation of my freedoms, causing other citizens in their initially assigned areas of duty to be neglected and less safe, in order to illegally destroy my reputation under the color of the law, before also destroying my vehicle in their official capacity.  That person, or those people, should also be charged and prosecuted by the Metropolitan Police Department of the District of Columbia for making a false statement to law enforcement.  Our investigation will determine if that individual was protected while I was attacked.

Please require that Detective Moore and Officer Dorsey are immediately dismissed from their roles, and jailed, so they cannot work again as representatives of any American government, especially as commissioned law enforcement officers.  I respectfully request that you revoke any license, commission and/or appointment which they might possess.

Please require each defendant to forward separate, written apology letters to me within three months, along with a statement discussing the changes they have each implemented to date, and those changes which they have decided to implement in the future, related to the orders of this court and their new understanding.  This will be a healing step towards restorative justice, in good faith.

FINANTIAL DAMAGES

I respectfully request that the court order that I be duly reimbursed for my financial losses totaling more than $96,116.24. I also respectfully request that I be awarded punitive damages of an amount which will strictly deter copycat behavior from other less-than-ethical officers and leaders at police departments around the country in the future, because their negligent actions could have caused my death with vehicle fire, and did violate several of my Constitutional Rights in multiple, avoidable ways in their official capacities, under the color of the law, as discussed above. The gross negligence of the defendants also led to the exacerbation of my Post Traumatic Stress Disorder, documented to have been incurred while serving as a United States Marine in Iraq in 2005, and that exacerbation has further impacted my ability to earn an income now and in the future. This amount should be many millions of dollars, or it will continue to happen.

The value of my life is high because I train Ivy League professors and students (i.e. Yale, Brown, Columbia, Dartmouth), nongovernmental organizations (e.g. Red Cross), law enforcement (e.g. Colorado Parks and Wildlife State Police at the Law Enforcement Training Academy in Denver, Colorado) and government executive agencies (e.g United States Geologic Survey, other Agencies). I teach them to save lives and to be effective leaders in emergency situations. Then, those people who I trained go on to train other people, expanding the impact. I also rescue citizens during and after national emergencies and provide reconnaissance in areas which others cannot easily access. I have been a reconnaissance scout for the United States Army as a civilian, and was invited to become SERE trained as a civilian (I imagine there are very few people with those qualifications, and they should be considered to be valuable to the United States so they will want to continue risking their lives and financial futures for the nation, without thanks or pay).

Furthermore I was the National Semi-Finalist Team Leader at the Atlantic Council's Cyber 9/12 Defense Policy Writing Competition, and I pitched the creation of a new United States Government Agency (e.g. Cybersecurity and Infrastructure Security Agency) through direct suggestion and explanation to an Intelligence Community panel of Directors). Now more than three thousand Americans have jobs defending our country, some of whom might have been involved in censoring my YouTube channel, ironically, because of my suggestion years before it became a reality. I also pitched the creation of the Technology Enhancement Council (TEC), which would support the National Security Council, to the same intelligence community panel, five years prior to the United States Military's Head of Innovation pitching it in Foreign Affairs Magazine, again, without pay or thanks.

This increases my life's value significantly, although I was never thanked or paid for that, and other work, I can certainly prove it, and so can the American Government, if they so choose. I am an American lifesaving and defense force multiplier, and I am an educator who has trained many hundreds of students through the Wilderness EMT certification level. I am also the Chief Voluntary Officer at a Nonprofit organization focusing on Disaster Response and Humanitarian Assistance (i.e. Capable Americans Responding Everywhere), I served as a FEMA Asset and as the Red Cross Liaison to the United States Government's Isolated Communities Task Force, managing a team of 36, after Hurricane Maria in Puerto Rico, and I am the Director of the U.S. School of Survival. I have not been able to support the United States of America fully because of these events, to the detriment of the nation, and to my ability to use my God-given gifts and American training to pursue happiness and to earn a living.

I endeavor to put this incident behind me so I can continue to serve the United States of America, to which I re-affirm my undying love and loyalty, which I always have served, and always will serve, despite the almost overwhelmingly impactful nature of these events. Indeed, in the immediate aftermath of this event in Washington D.C., all of my personal belongings were also ransacked and stolen from my property and business in Colorado. I was also hacked out of the personal email account associated with my censored YouTube channel, and I lost the decades of associated correspondence data. I have also replaced more than fifteen tires in the last two years, some of which exploded at high speed unexpectedly, and I have had my brakes disassembled or locked in place three times since this event (paperwork available), although those incidents could all certainly just be a series of poorly timed and unrelated coincidences...

I recognize the risk and take this peaceful, nonviolent, legal action in respectful good faith to protect and ensure

the freedoms of all Americans, and to ensure that those who would tear down and destroy the freedoms which separate us from our most dangerous international competitors would be strictly held to account, because police must also abide by our laws in America.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case]related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 1, 2024

Signature of Plaintiff
Printed Name of Plaintiff: John Andrew Dobbins

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City | State | Zip Code

Telephone Number
E-mail Address

## DEFENDANT INFORMATION ATTACHMENT

SUBMITTED BY:   John Andrew Dobbins, 719-629-6729, JOHN@US-SOS.COM

DATE:           July 1, 2024

### DEFENDANT NUMBER 1

Muriel Bowser
Mayor, District of Columbia
1350 Pennsylvania Avenue NW
Washington, D.C. 20004
202-727-2643
Official Capacity

### DEFENDANT NUMBER 2

Metropolitan Police Department of the District of Columbia
441 4th Street, 7th Floor
Washington, DC 20001
202-727-9099
Official Capacity

### DEFENDANT NUMBER 3

Elisa Moore
Detective, Metropolitan Police Department of the District of Columbia
441 4th Street, 7th Floor
Washington, DC 20001
202-270-1886 (cell)
Official Capacity
Individual Capacity

### DEFENDANT NUMBER 4

Vehicle Impound Officer Dorser (First Name Unknown)
Officer, Metropolitan Police Department of the District of Columbia
441 4th Street, 7th Floor
Washington, DC 20001
202-727-9099
Official Capacity