Generated: Jul 9, 2024 9:57AM                                                                                            Page 1/1



# U.S. District Court

### Virginia Eastern - Alexandria

Receipt Date: Jul 9, 2024 9:57AM

JOHN ANDREW DOBBINS

| Rcpt. No: 100007693 | Trans. Date: Jul 9, 2024 9:57AM | | | Cashier ID: #JB |
|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #27056985783 | 07/9/2024 | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Comments: NEW CIVIL FILING -1:24-CV-1192

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.