IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

JOHN ANDREW DOBBINS                                      Civil Action No. 1:24-CV-01192-RDA-LRV

    (Plaintiff)

MURIEL BOWSER ET AL

    (Defendants)

My name is John Andrew Dobbins, and I am the Plaintiff in this civil action. I am representing myself pro se and apologize to the court for an error that I have made regarding the spelling of the last name of Defendant 4. I am filing this motion to address that error, which was my fault alone.

I misspelled the name of Defendant 4 by one letter. The Metropolitan Police Department of the District of Columbia Officer was listed as "Dorser" on the Defendant Information Addendum attached to the claim, but I understand that his name is actually "Dorsey."

I respectfully request that the spelling of this gentleman's name be recognized as "Dorsey" and not "Dorser" going forward, and apologize again to the court for this inconvenience.

Thank you very much for considering this request.

Submitted very respectfully on August 7, 2024 by:

John Andrew Dobbins (Plaintiff)

719-629-6729

john@us-sos.com