IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2024 AUG -7 A 10: 18

John Andrew Dobbins
(Plaintiff)

v.

Muriel Bowser et al
(Defendant)

)
)
)
)
)
)

Civil Action No. 1:24-cv-01192-RDA-LRV

NOTICE OF WAIVER
OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, _____, John Dobbins, who is the Plaintiff, hereby waives oral argument and submits the case on the record and the briefs.

_____
(Party or Attorney Signature)

John Dobbins
(Name Printed)

241 Medlock Lane
(Address)

Alexandria, VA 22304
(Address)

_____
(Address)

719-629-6729
(Telephone Number)