IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN ANDREW DOBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-01192 (RDA/LRV) |
| | ) |
| MURIEL BOWSER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on pro se Plaintiff John Andrew Dobbins's Motion (Dkt. No. 4), requesting that the Court correct the name of a Defendant named in Plaintiff's complaint on the docket. Upon review, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to change the named Defendant "Vehicle Impound Officer Dorser" to "Vehicle Impound Officer Dorsey" on the docket. Plaintiff is hereby notified that he is responsible for obtaining any necessary corrected summons.

**ENTERED** this 9th day of August, 2024.

_Lindsey R. Vaala_
Lindsey R. Vaala
United States Magistrate Judge

Alexandria, Virginia