


United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:24-CV-01192-RDA-LRV

Name: John Andrew Dobbins

Address: 291 Medlock Lane
Alexandria, VA 22304

Telephone Number: 719-629-6729

Email Address: john@us-sos.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: _____   Date: 8/5/2024

Court Use Only:

The request is GRANTED __X__   or DENIED _____

_Lindsey R. Vaala_                    August 9, 2024
(Judge's Signature)                   (Date)