IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JOHN ANDREW DOBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-1192 (RDA/LRV) |
| | ) |
| MURIEL BOWSER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

This matter comes before the Court *sua sponte* upon its own review of the docket. It appears to the Court that no service of the Complaint (Dkt. 1) on Defendants has been effectuated within 90 days of filing of the Complaint. Accordingly, it is hereby ORDERED that within fourteen (14) days, Plaintiff effectuates service or shows cause, if any, why this civil action against Defendants should not be dismissed pursuant to Fed. R. Civ. P. 4(m).

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
January 15, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge