IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JOHN ANDREW DOBBINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MURIEL BOWSER, *et al.*, )<br>)<br>Defendants. ) | No. 1:24-cv-1192 (RDA/LRV) |

ORDER

This matter comes before the Court *sua sponte* upon its own review of the docket. Plaintiff has failed to serve Defendants within 90 days of the filing of the Complaint. This Court previously issued a warning on January 15, 2025, requiring Plaintiff to show cause why this action should not be dismissed pursuant to Fed. R. Civ. P. 4(m). Dkt. 10. Plaintiff did not respond within the 14-day deadline, and has not responded to this date.

Pursuant to the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiff has failed to properly serve Defendants within the time allotted, even after receiving additional time to effectuate service.

Accordingly, it is hereby

**ORDERED** that Defendants will be dismissed from the instant action with prejudice. *See* Fed. R. Civ. P. 4(m).

The Clerk is directed to forward copies of this Order to counsel of record and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
February 5, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge